782

No. 556. BOARD OF COUNTY COMMISSIONERS ET AL. *v.* SEBER ET AL. May 17, 1943. Petition for rehearing denied. MR. JUSTICE REED took no part in the consideration or decision of this application. 318 U. S. 705.

No. 818. GRAF ET AL. *v.* NEWARK. May 17, 1943. 318 U. S. 790.

No. 520. L. T. BARRINGER & Co. *v.* UNITED STATES ET AL. See *ante,* p. 729.

No. —. KELLY *v.* COUNTY OF VIGO. May 24, 1943.

No. 450. DOUGLAS ET AL. *v.* JEANNETTE (PENNSYLVANIA) ET AL. May 24, 1943.

No. 758. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. *v.* NATIONAL LABOR RELATIONS BOARD. May 24, 1943. 318 U. S. 791.

No. 759. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. *v.* NATIONAL LABOR RELATIONS BOARD. May 24, 1943. 318 U. S. 792.

No. 982. COLE ET AL. *v.* MAYO, CUSTODIAN OF THE FLORIDA STATE PRISON. May 24, 1943.

No. 354. AKRON, CANTON & YOUNGSTOWN RAILWAY Co. *v.* HAGENBUCH ET AL., TRUSTEES, ET AL.; and

No. 355. CHAMBERLAIN ET AL. *v.* HAGENBUCH ET AL., TRUSTEES, ET AL. May 24, 1943. Petition for rehearing